No. 189, Misc.   HOLLIS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 193, Misc.   DUNCAN ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 217, Misc.   WYERS *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 257.   STEELE *v.* UNITED STATES, *ante,* p. 828. Rehearing denied.

No. 929, October Term, 1955.   GINSBURG *v.* GREGG ET AL., 351 U. S. 979; and

No. 246, October Term, 1956.   MONROE ET AL. *v.* UNITED STATES, 352 U. S. 873.   Motions for leave to file second petitions for rehearing denied.

NOVEMBER 18, 1957.

No. 549.   GIORDENELLO *v.* UNITED STATES.   Certiorari, 355 U. S. 811, to the United States Court of Appeals for the Fifth Circuit.   It is ordered that *William F. Walsh, Esquire,* of Houston, Texas, a member of the Bar of this Court be, and he is hereby, appointed to serve as counsel for petitioner in this case.